IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOSEPH TIGER PRINCE; RICO PARKER; ANTHONY CUNNINGHAM; WILLIAM E. WEST, IV; ISAIAH WALKER; HENRY JONES; DAVID NATIONS; KAWASKI BUSH; FREDDIE HILTON; and WESLEY GILLESPIE, <br><br>  Plaintiffs, <br><br> v. <br><br> GEORGIA DEPARTMENT OF CORRECTION; MR. EDWARD PHILBIN, Warden; MS. TAMIKA HARVEY, Deputy Warden of Security; MS. MELCHERT, Health Service Administrator; MS. RUTH SHELTON, Deputy Warden of Care and Treatment; and MS. JAQULYN CHAMPION, Food Director, <br><br>  Defendants. | CV 121-009 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiffs' joint motion to proceed *in forma pauperis*, (doc no. 2), **DISMISSES** Plaintiffs' complaint without prejudice, and **DIRECTS** the Clerk to file and docket this Order and the instant complaint in ten new lawsuits, with the same filing dates and ten separate case

numbers. Once the ten new lawsuits are opened, Plaintiffs must submit their own individual motions to proceed *in forma pauperis* or pay the full filing fee within twenty-one days of the date the Clerk opens the case.

SO ORDERED this 17th day of February, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA