AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| JOSEPH TIGER PRINCE; RICO PARKER; ANTHONY CUNNINGHAM; WILLIAM E. WEST, IV; ISAIAH WALKER; HENRY JONES; DAVID NATIONS; KAWASKI BUSH; FREDDIE HILTON; and WESLEY GILLESPIE,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH TIGER PRINCE; RICO PARKER; ANTHONY CUNNINGHAM; WILLIAM E. WEST, IV; ISAIAH WALKER; HENRY JONES; DAVID NATIONS; KAWASKI BUSH; FREDDIE HILTON; and WESLEY GILLESPIE,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: CV 121-009 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 17, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiffs' Complaint is DISMISSED without prejudice. Plaintiffs' Joint Motion for Leave to Proceed in forma pauperis is DENIED and this case is DISMISSED without prejudice. This case stands CLOSED.



| | |
|---|---|
| 02/17/2021 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | *Jamie Hodge* |
| | (By) Deputy Clerk |

GAS Rev 10/2020